LDA

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 07-00039-001(JAF) | | |
| DOCKET NUMBER *(Rec. Court)* 1:08-CR-011 ML | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>JACQUELINE CRUZ<br>1277 Broad Street<br>Providence, RI 02905 | DISTRICT<br>PUERTO RICO | DIVISION<br>CRIMINAL |
| | NAME OF SENTENCING JUDGE<br>JOSE A. FUSTE | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>02/20/2007 | TO<br>02/19/2009 |

OFFENSE

8 U.S.C. §§ 1324, (a)(2)(A) and 8 U.S.C. §§ 1324, (a)(1)(A)(ii):
Bringing in and Harbouring Aliens, Class "D" Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF PUERTO RICO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/28/08
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/13/08
*Effective Date*

Mary M. Lisi
*United States District Judge*