Case 1:07-cr-00039-JAF Document 1 Filed 01/31/2007 Page 1 of 1

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**JACKELINE CRUZ,**
Defendant.

**INDICTMENT**

**CRIMINAL NO. 07-**039 (JAF)

**Violations:** Title 8, U.S.C., §§ 1324 (a)(2)(A)
Title 8, U.S.C., §§ 1324 (a)(1)(A)(ii)

**(TWO COUNTS)**

RECEIVED AND FILED
2007 JAN 31 PM 6:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about January 5, 2007, in the District of Puerto Rico and elsewhere and within the jurisdiction of this Court,

**JACKELINE CRUZ**

the defendant knowing that minor alien R.P., had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States the said minor alien, in violation of Title 8, United States Code, Sections 1324(a)(2)(A).

**COUNT TWO**

On or about January 5, 2007, in the District of Puerto Rico, and within the jurisdiction of this Court,

**JACKELINE CRUZ**

the defendant, knowing and in reckless disregard of the fact that minor alien R.P., had attempted to come to the Untied States in violation of law, did attempt to transport and move said alien within the Untied States by means of transportation and otherwise in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

TRUE BILL

FOREPERSON
DATED: January 31, 2007

**ROSA EMILIA RODRIGUEZ-VELEZ**
UNITED STATES ATTORNEY

José A. Ruiz Santiago
Assistant U.S. Attorney
Chief, Criminal Division
Dated:

Evelyn Canals
~~Assistant U.S. Attorney~~
Dated:

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: Deputy Clerk
Date: 2/21/08