CLOSEDFILE

# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:07-cr-00039-JAF All Defendants
# Internal Use Only

Case title: USA v. Cruz
Magistrate judge case number: 3:07-mj-00005-JA

Date Filed: 01/31/2007
Date Terminated: 02/23/2007

Assigned to: Chief Judge Jose A Fuste

**Defendant (1)**

**Jacqueline Cruz**
*TERMINATED: 02/23/2007*

represented by **Jose G. Gonzalez-Hernandez**
Jose G. Gonzalez Hernandez Law Office
PO Box 190498
San Juan, PR 00919-0498
787-765-9713
Fax: 787-771-9197
Email: jg_gonzalezlaw@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 8:1324(a)(1)(A)(ii) BRINGING IN AND HARBORING ALIENS (2) | Count 2. Probation for a term of Two (2) Years. SMA $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 8:1324(a)(2)(A) BRINGING IN AND HARBORING ALIENS (1) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| | | |
|---|---|---|
| | | had no objection. **Preliminary Examination hearing set for January 25, 2007 at 1:30 p.m. before US Magistrate Judge Camille L. Velez-Rive.** (om, ) [3:07-mj-00005-JA] (Entered: 01/09/2007) |
| 01/12/2007 | 4 | Appearance Bond Entered as to Jacqueline Cruz in amount of $ $5,000.00 of which $1,000.00 are in cash and $4,000.00 unsecured, Receipt # 100-167317. (yr, ) [3:07-mj-00005-JA] (Entered: 01/12/2007) |
| 01/12/2007 | 5 | *RESTRICTED* ORDER Setting Conditions of Release as to Jacqueline Cruz (1) $5,000.00 of which $1,000 are to be cash or secured and $4,000.00 unsecured, plus standard conditions of release. Defendant will have courtesy supervision by PT in Rhode Island, where she lives, and is only allowed to travel between Rhode Island and PR for court appearances . Signed by Chief Magistrate Judge Justo Arenas, for Magistrate Velez-Rive, on 1/12/07. (yr, ) [3:07-mj-00005-JA] (Entered: 01/12/2007) |
| 01/22/2007 | 6 | Minute Entry for proceedings to be held before Magistrate Judge Camille L. Velez-Rive :Due to an unexpected situation and as defendant is on bond, the Court resets **Preliminary Examination for 1/30/2007 at 01:30 PM in CVR's Courtroom before US Magistrate Judge Camille L. Velez-Rive.** (yr, ) [3:07-mj-00005-JA] (Entered: 01/22/2007) |
| 01/22/2007 | | (Court only) Attorney update in case as to Jacqueline Cruz. Attorney Jose G. Gonzalez-Hernandez for Jacqueline Cruz added. (yr, ) [3:07-mj-00005-JA] (Entered: 01/22/2007) |
| 01/25/2007 | 7 | NOTICE OF ATTORNEY APPEARANCE Evelyn Canals-Lozada, Evelyn Canals-Lozada appearing for USA. (Canals-Lozada, Evelyn) [3:07-mj-00005-JA] (Entered: 01/25/2007) |
| 01/30/2007 | 8 | NOTICE OF ATTORNEY APPEARANCE: Jose G. Gonzalez-Hernandez appearing for Jacqueline Cruz (Gonzalez-Hernandez, Jose) [3:07-mj-00005-JA] (Entered: 01/30/2007) |
| 01/30/2007 | 9 | WAIVER of Preliminary Examination or Hearing by Jacqueline Cruz (Gonzalez-Hernandez, Jose) [3:07-mj-00005-JA] (Entered: 01/30/2007) |
| 01/31/2007 | 10 | INDICTMENT as to Jacqueline Cruz (1) count 1. (ma, ) (Entered: 02/05/2007) |
| 01/31/2007 | 11 | Minute Entry for proceedings held before Mag Judge Marcos E. Lopez :Return of Indictment by Grand Jury as to Jacqueline Cruz held on 1/31/2007. **Arraignment set for 2/8/2007 09:30 AM before US Magistrate Judge Marcos E. Lopez.** Deft to remain OB. (ma, ) (Entered: 02/05/2007) |
| 01/31/2007 | | (Court only) Counts added: Jacqueline Cruz (1) count(s) 2 (ft, ) (Entered: 02/09/2007) |

| | | |
|---|---|---|
| 02/20/2007 | 18 | AMENDED Minute Entry for proceedings held before Magistrate Judge Marcos E. Lopez :Arraignment as to Jacqueline Cruz (1) Counts 1 & 2 held on 2/20/07. PONG entered. Defendant remains (O/B). (Court Reporter FTR.) (mn, ) (Entered: 02/23/2007) |
| 02/20/2007 | 19 | Minute Entry for proceedings held before Judge Jose A Fuste :Plea and Sentence Hearing held on 2/20/2007 Jacqueline Cruz (1) Plea of guilty and sentencing on Count 2 Jacqueline Cruz (1) Dismissed counts Count 1. Probation for a term of Two (2) Years. SMA $100.00 as to Count 2. (Court Reporter Y. RICHARDSON.)(AUSA: LYNN DOBLE FOR DEFT. JOSE GUILLERMO) (be, ) Modified on 2/27/2007 to correct date of hearing(be, ). (Entered: 02/27/2007) |
| 02/20/2007 | 20 | PLEA AGREEMENT as to Jacqueline Cruz (be, ) Modified on 2/27/2007 to correct date of filing (be, ). (Entered: 02/27/2007) |
| 02/27/2007 | 21 | JUDGMENT as to Jacqueline Cruz (1), Count(s) 1, Dismissed.; Count(s) 2, Count 2. Probation for a term of Two (2) Years. SMA $100.00 . Signed by Judge Jose A Fuste on 02/20/2007. (be, ) (Entered: 02/27/2007) |
| 02/28/2007 | 22 | ORDER as to Jacqueline Cruz granting 17 MOTION for Return of Surety filed by Jacqueline Cruz. Bail moneys to be returned to person or entity who posted the same . Signed by Judge Jose A Fuste on 2/27/07. (mrj, ) (Entered: 02/28/2007) |
| 03/01/2007 | | (Court only) Notice of Manual Notification sent to Jacqueline Cruz re 22 Order (np, ) (Entered: 03/01/2007) |
| 03/02/2007 | | (Court only) CLOSED FILE (np, ) (Entered: 03/02/2007) |
| 03/05/2007 | | Check No.3663920 disbursed in the amount of $ 1,002.97 payable to Rene Soto on 3/5/07. (ne, ) (Entered: 03/20/2007) |
| 03/12/2007 | 23 | Mail Returned as Undeliverable. Mail sent to Jacqueline Cruz (jms, ) (Entered: 03/19/2007) |
| 02/19/2008 | 24 | Probation Jurisdiction Transferred to District of Rhode Island as to Jacqueline Cruz Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ft) (Entered: 02/21/2008) |

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: [signature]
Deputy Clerk
Date: 2/21/08